```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MINNESOTA
                     Civil No.09-3672(JRT/JJK)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | **STIPULATION TO** |
| | ) | **ENTER CONSENT DECREE** |
|     v. | ) | **AS THE FINAL JUDGMENT** |
| | ) | |
| SYBARITIC, INC., a corporation, | ) | |
| ANTHONY S. DAFFER, STEVEN J. | ) | |
| DAFFER, and RONALD BERGLUND, | ) | |
| individuals, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

The United States of America ("United States"), on behalf of the Food & Drug Administration ("FDA"), by counsel, and Defendants Sybaritic, Inc., Anthony S. Daffer, Steven J. Daffer, and Ronald Berglund (collectively "the Defendants"), also by counsel, agree and stipulate as follows:

WHEREAS, the parties have negotiated, agreed upon, and signed a proposed Consent Decree a copy of which is attached hereto; and

WHEREAS, the parties agree the negotiating process occurred in good faith by informed, well-represented parties and the Consent Decree embodies a settlement that is fair, adequate, reasonable, and consistent with the applicable law.

NOW, THEREFORE, the parties by counsel stipulate and agree the Court should sign and enter the proposed Consent

Decree as a final judgment of this Court.

Date: December 29, 2009        s/Dulce J. Foster
                               Dulce J. Foster
                               Attorney Id No. 285419
                               Fredrikson & Byron, P.A.
                               200 South Sixth Street, 4000
                               Minneapolis, MN55402-1425
                               Phone: (612) 492-7000
                               Direct Dial: (612) 492-7110
                               Fax: (612) 492-7077
                               dfoster@fredlaw.com

                               Attorney for Defendants

Date: December 30, 2009        B. TODD JONES
                               United States Attorney

                               s/Friedrich A. P. Siekert

                               FRIEDRICH A.P. SIEKERT
                               Assistant U.S. Attorney
                               Attorney ID Number 142013
                               600 U.S. Courthouse
                               300 South Fourth Street
                               Minneapolis, MN  55415
                               (612) 664-5600
                               (612) 664-5697
                               fred.siekert@usdoj.gov


                               Attorney for Plaintiff
                               United States of America